UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORTHRENEW ENERGY LLC,

Plaintiff,

-against-

TC ENERGY SOLAR LLC, TRANSCANADA PIPELINEUSA LTD., TC ENERGY CORPORATION, and TCENERGY MARKETING INC.,

Defendants.

Case No. 1:26-cv-09138 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Plaintiff commenced this action against Defendants in the Supreme Court of the State of New York, County of New York on August 19, 2026. *See* Dkt. 1-1. On October 16, 2026, Defendants removed the action to the United States District Court for the Southern District of New York, where it was assigned to the undersigned. *See* Dkt. 1. Defendants represent that Plaintiff has served all but one Defendant, namely Defendant TC Energy Corporation. *Id.* at 1 n.1; *see id.* ¶¶ 3-6. But no affidavits of service have been filed to date.

Accordingly, by **October 28, 2026**, Plaintiff shall file affidavits of service for each Defendant served and submit a letter, not to exceed two pages, addressing the status and anticipated completion of any outstanding service efforts.

Defendants are ORDERED to (1) serve a copy of this Order to Plaintiff forthwith, and (2) file proof of such notice on the docket.

Dated: October 19, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge