**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **NORTHRENEW ENERGY LLC,**<br><br>*Plaintiff,*<br><br>-against-<br><br>**TC ENERGY SOLAR LLC, TRANSCANADA PIPELINE USA LTD., TC ENERGY CORPORATION, and TC ENERGY MARKETING INC.,**<br><br>*Defendants.* | Civil Action No. 1:26-cv-09138 |

**STIPULATION AND ~~[PROPOSED]~~ ORDER**

Plaintiff NorthRenew Energy LLC ("Plaintiff") and Defendants TC Energy Solar LLC, TransCanada Pipeline USA Ltd., and TC Energy Marketing Inc. ("Removing Defendants"), through their respective counsel[1], hereby stipulate and agree as follows:

WHEREAS, Plaintiff commenced an action in the Supreme Court of the State of New York, County of New York, on August 19, 2026, under Index No. 654832/2026 (the "Action");

WHEREAS, Removing Defendants removed the Action to this Court on October 16, 2026;

WHEREAS, Removing Defendants' current deadline to answer or present other defenses or objections to Plaintiff's complaint (the "Complaint") is October 23, 2026;

WHEREAS, Plaintiff explicitly reserves all rights and preserves all objections including without limitation a right to seek remand;

---

[1] By agreeing to such stipulation, counsel for Plaintiff, Finkel Associates LLC, does not formally enter an appearance in this matter.

WHEREAS, Plaintiff and Removing Defendants desire to (1) extend the deadlines for Removing Defendants to answer, move, or otherwise respond to the Complaint to December 4, 2026; (2) set an agreed briefing schedule for the remaining deadlines for any motion in response to the Complaint ("Motion"); and (3) obtain leave to file consolidated memoranda of law, in support of or in response to the Motion, with enlarged word counts as set forth below;

IT IS HEREBY ORDERED AS FOLLOWS:

1. Removing Defendants' time to answer, move, or otherwise respond to the Complaint is extended to **December 4, 2026**. Removing Defendants are permitted to file a single, consolidated memorandum in support of any Motion not to exceed 10,250 words;

2. Plaintiff shall file papers in opposition to any Motion or submit an amended complaint by **January 15, 2027**. Plaintiff is permitted to file a single, consolidated memorandum in opposition to any Motion not to exceed 10,250 words;

3. Removing Defendants shall file a reply in further support of any Motion by **February 5, 2027**. Removing Defendants are permitted leave to seek an enlargement of the word count for a single, consolidated reply as needed.

[SIGNATURE PAGE TO FOLLOW]

Dated: October 22, 2026

**FINKEL ASSOCIATES LLC**

*/s/ Feliks Finkel*
Feliks Finkel
100 Park Avenue, 16th Floor
New York, New York 10017
(212) 680-4992
ffinkel@finkelassociates.com

*Attorneys for Plaintiff NORTHRENEW ENERGY LLC*

**REED SMITH LLP**

*/s/ Gregory D. Speier*
Gregory D. Speier
Alyssa F. Conn
599 Lexington Avenue, 22nd Floor
New York, New York 10022
Telephone: (212) 521-5400
gspeier@reedsmith.com
aconn@reedsmith.com
*Attorneys for Defendants TC Energy Solar LLC, TransCanada Pipeline USA Ltd., and TC Energy Marketing Inc.*

IT IS SO ORDERED, this 22 day of October, 2026

Jennifer Rochon
Hon. Jennifer L. Rochon
United States District Judge