UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORTHRENEW ENERGY LLC,

Plaintiff,

-against-

TC ENERGY SOLAR LLC, TRANSCANADA PIPELINE USA LTD., TC ENERGY CORPORATION, and TC ENERGY MARKETING INC.,

Defendants.

Case No. 1:26-cv-09138 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of Plaintiff's status letter informing the Court of its service efforts to date, Dkt. 15, as well as the corresponding affidavits of service, Dkts. 11-14. In light of Plaintiff's representations concerning its efforts to serve Defendant TC Energy Corporation, *see* Dkt. 15 at 1-2, the Court likewise extends TC Energy Corporation's deadline to answer or otherwise respond to the Complaint to **December 4, 2026**.

Plaintiff shall supplement its affidavit of service as to TC Energy Corporation, *see* Dkt. 14, once it receives the international return-receipt acknowledgement.

Dated: October 27, 2026
New York, New York

SO ORDERED.

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge